# UNITED STATES NAVY–MARINE CORPS
# COURT OF CRIMINAL APPEALS

———————————————

**No. 201700168**

———————————————

## UNITED STATES OF AMERICA
Appellee

v.

## EDDIE F. ACUNA
Corporal (E-4), U.S. Marine Corps
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Matthew J. Kent, USMC.
Convening Authority: Commanding Officer, 1st Tank Battalion, 1st
Marine Division (REIN), FMF, MCAGCC, Twentynine Palms, CA.
Staff Judge Advocate's Recommendation: Lieutenant Colonel
Matthew J. Stewart, USMC.
For Appellant: Major David A. Peters, USMCR.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 26 October 2017

———————————————

Before HUTCHISON, SAYEGH, and RUSSELL, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court